**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROBERT C. MATHEWSON, II,

    Plaintiff,

v.

Case No. 11-CV-13753-DT

HONORABLE DENISE PAGE HOOD

BANK OF AMERICA, NA, as successor
by merger to BAC Home Loans Servicing, LP
formerly known as Countrywide Home
Loans Servicing, LP, and COUNTRYWIDE
HOME LOANS, INC., Agent for Countrywide
Bank, FSB, doing business as America's
Wholesale Lender,

    Defendants.
_____/

## JUDGMENT

    This matter having come before the Court and pursuant to the Order dismissing the matter entered this date, accordingly,

    Judgment is entered in favor of Defendants and against Plaintiff.

                                          DAVID J. WEAVER
                                          CLERK OF COURT

Approved:                                    By: S/LaShawn R. Saulsberry
                                                    Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: February 29, 2012

I hereby certify that a copy of the foregoing document was served upon and counsel of record on February 29, 2012, by electronic and/or ordinary mail.

                                       s/LaShawn R. Saulsberry
                                       Case Manager